IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
ARVIE THOMAS,                  )
                               )
        Plaintiff,             )
                               )
   v.                          )    No.  05 C 3245
                               )
DAVID KIRK, et al.,            )
                               )
        Defendants.            )
```

MEMORANDUM ORDER

At the time of its conference with the parties that resulted in approval of the jointly submitted Final Pretrial Order, this Court contemporaneously issued a minute order that called for any motions in limine to be filed on or before March 9, with the responses to be filed on or before March 23. Defense counsel then timely filed a motion and supporting memorandum seeking to bar evidence of the prior disciplinary history of the defendant law enforcement officers, but the time for response has come and gone without any input from plaintiff's counsel.

This Court has reviewed the motion in limine, and -- quite independently of any notion that plaintiff may have forfeited the opportunity to respond -- it finds the motion well taken. None of the defendants has any disciplinary history that could arguably call for its admissibility under Fed.R.Evid. ("Rule") 404(b), and no other provision of the Rules would countenance the

admission of such evidence. Accordingly defendants' motion in limine (Dkt. 70) is granted.

_____
Milton I. Shadur
Senior United States District Judge

Dated: March 30, 2007